IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY PEACE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:09CV00966 SWW |
| | * | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., ET AL., | * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that plaintiff's complaint is dismissed with prejudice.

DATED this 11th day of June, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE